IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIANNA L. WHITLOCK,<br><br>        Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security;<br><br>        Defendant. | **8:24CV1**<br><br>**ORDER** |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 22) is granted and Lynnett M. Wagner is deemed withdrawn as counsel of record for Defendant in this case. The Clerk of Court shall terminate electronic notice to Lynnett M. Wagner in this case.

Dated this 24th day of January, 2025.

                                              BY THE COURT:

                                              s/Michael D. Nelson
                                              United States Magistrate Judge