## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

**BRIANNA L. WHITLOCK,**

    **Plaintiff,**

  vs.

**MICHELLE A. KING, Acting
Commissioner of Social Security;**

    **Defendant.**

**8:24CV1**


**ORDER**


   **IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 25) is granted and Tim Hook is deemed withdrawn as counsel of record for Defendant in this case. The Clerk of Court shall terminate electronic notice to Tim Hook in this case.

   **IT IS FURTHER ORDERED** that in accordance with Filing No. 25, Frank Bisignano, Commissioner of the Social Security Administration, is hereby substituted as the defendant Pursuant to Fed. R. Civ. P. 25(d).

   The Clerk shall modify the docket to reflect this substitution.


Dated this 6th day of June, 2025.


       BY THE COURT:

       s/Michael D. Nelson
       United States Magistrate Judge